FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VADA ILENE STEWART, deceased; and JON MICHAEL MEYER as Personal Representative of the Estate of Vada Ilene Stewart,<br><br>Plaintiffs,<br><br>v.<br><br>BONAVENTURE OF EAST WENATCHEE LLC, an Oregon limited liability company; MOUNTAIN WEST RETIREMENT CORPORATION, an Oregon Corporation; and MWSH EAST WENATCHEE, LLC, an Oregon limited liability company,<br><br>Defendants. | NO. 2:25-CV-00140-RLP<br><br>ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE |

Before the Court is the parties' Stipulated Motion for Dismissal of Defendants, ECF No. 10. The parties stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party. Pursuant to FRCP 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by

ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE * 1

filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulated Motion for Dismissal of Defendants, **ECF No. 10**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED** with prejudice, without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, close the file, and provide copies to the parties.

DATED December 22, 2025.

_____
REBECCA L. PENNELL
United States District Judge